**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                      NO. 4:09CR00109 GTE

**HENRY MONROE.**

## ORDER OF DISMISSAL

Pending before the Court is the Motion to Dismiss the Indictment filed by the Government as to Defendant Henry Monroe. For good cause shown the Motion should be granted.

Also pending before the Court is the Motion to Release from Federal Custody of the Defendant. For good cause shown this Motion should be granted as well.

IT IS THEREFORE ORDERED that the indictment in 4:09CR00109-01GTE pending against the Defendant Henry Monroe, be, and it is hereby, DISMISSED.

It is FURTHER ORDERED that any active warrants for his arrest in this case be quashed and returned unexecuted, and that the Defendant should be released from custody immediately.

Dated this 13th day of April, 2011.

                                                  /s/Garnett Thomas Eisele_____
                                                  UNITED STATES DISTRICT JUDGE